| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | DARIN ROCK<br>Special Assistant U.S. Attorney |
| 3 | MISDEMEANOR UNIT<br>2500 Tulare Street, Suite 4401 |
| 4 | Fresno, California 93721<br>Telephone: (559) 497-4000 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>    UNITED STATES OF AMERICA |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-po-00054-SAB |
|---|---|
| Plaintiff, | [Citation #6354635 CA/51] |
| v. | MOTION AND ORDER FOR DISMISSAL |
| DONALD A. SCHNEIDER, | |
| Defendant. | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Darin Rock, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:18-po-00054-SAB [Citation # 6354635] against DONALD A. SCHNEIDER without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: March 15, 2018                         Respectfully submitted,

                                              McGREGOR W. SCOTT
                                              United States Attorney

                                    By:       /s/ Darin Rock
                                              DARIN ROCK
                                              Special Assistant U.S. Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that Case Number 1:18-po-00054-SAB [Citation # 6354635] against DONALD A. SCHNEIDER be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **March 15, 2018**

UNITED STATES MAGISTRATE JUDGE